| Cert. # | Date | Amount | Ck # | Payment | CK Date | Balance Due |
|---|---|---|---|---|---|---|
| 1 | 12/27/2012 | $ 28,736.00 | 92540 | $ 28,736.00 | 3/1/2013 | $ - |
| 2 | 5/25/2012 | $ 6,200.00 | 2164 | $ 6,200.00 | 9/14/2012 | $ - |
| 3 | 9/10/2012 | $ 8,059.00 | 92883 | $ 8,059.00 | 11/8/2013 | $ - |
| 4 | 2/25/2014 | $ 90,882.00 | 93088 | $ 59,466.00 | 4/2/2014 | $ (31,416.00) |
| 5 | 3/25/2014 | $ 62,896.00 | 93168/93167 | $ 49,895.00 | 5/20/2014 | $ (13,001.00) |
| 6 | 4/25/2014 | $ 80,306.17 | 93217/93219 | $ 80,306.17 | 6/17/2014 | $ - |
| 7 | 5/25/2014 | $ 145,909.83 | 93310 | $ 103,706.72 | 8/5/2014 | $ (42,203.11) |
| 8 | 6/25/2014 | $ 74,795.54 | 93374 | $ 26,719.70 | 9/5/2014 | $ (48,075.84) |
| 9 | 7/25/2014 | $ 115,223.91 | 0 | $ - | 0 | $ (115,223.91) |
| 10 | 8/25/2014 | $ 12,000.00 | 0 | $ - | 0 | $ (12,000.00) |
| 11 | 9/22/2014 | $ 87,826.56 | 0 | $ - | 0 | $ (87,826.56) |
| 12 | 10/22/2014 | $ 159,390.10 | 0 | $ - | 0 | $ (159,390.10) |
| | | $ 872,225.11 | | $ 363,088.59 | | $ (509,136.52) |